UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMY DENISE GARCIA,

        Petitioner,

v.                                                              Case No.  8:07-cv-1851-T-24 MSS

JESUS JOSE CALZADA IBARRA,

        Respondent.
_____/

**<u>ORDER</u>**

This cause comes before the Court on Plaintiff's Emergency Motion for Minor Child Pickup.  (Doc. No. 1).

Plaintiff filed suit against the father of one her sons for wrongful retention of her son in Mexico, presumably under the Hague Convention on the Civil Aspects of International Child Abduction, Oct. 25, 1980, T.I.A.S. No. 11670 (the "Hague Convention"), as implemented by the International Child Abduction Remedies Act, 42 U.S.C. §§ 11601-11610 ("ICARA").  In the instant motion, Plaintiff seeks an "Order of Pick-up" that would require the FBI and U.S. Marshal Service to help her retrieve her son from his father in Mexico.

According to Petitioner, her son, D.B.I., has been living with his father in Mexico since June of 2006.  Given that D.B.I. has been with his father for over a year and Petitioner has not alleged that her son is in immediate danger, this motion is not one of an emergency nature.

Furthermore, Respondent is entitled to notice of the proceedings before any determinations in this case regarding the return of D.B.I. can be made.  42 U.S.C. § 11603(c). As such, Petitioner must serve Respondent with the documents that were filed in this case, and such service must occur by February 7, 2008.  The Court suggests that Petitioner obtain counsel

before proceeding in this case, because the statutes involved might not be easily understood by a lay person.

   Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's Emergency Motion for Minor Child Pickup (Doc. No. 1) is **DENIED**.

   **DONE AND ORDERED** at Tampa, Florida, this 11th day of October, 2007.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to: Pro Se Petitioner