UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMY DENISE GARCIA,

      Petitioner,

v.                                                      Case No.  8:07-cv-1851-T-24 MSS

JESUS JOSE CALZADA IBARRA,

      Respondent.
_____/

**ORDER**

      This cause comes before the Court on its own.  Plaintiff filed this case on October 10, 2007, along with a motion to proceed in forma pauperis (Doc. No. 2).  The Court denied the motion to proceed in forma pauperis without prejudice and directed Plaintiff to file an amended affidavit of indigency or pay the $350 filing fee by October 31, 2007.  (Doc. No. 5).  The Court warned Plaintiff that failure to comply with the order would result in the Court dismissing this case without prejudice without further notice.  To date, Plaintiff has not filed an amended affidavit of indigency or paid the $350 filing fee.  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close this case.

      **DONE AND ORDERED** at Tampa, Florida, this 1st day of November, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to: Pro Se Petitioner